# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Conner McCullen, | * | |
| On behalf of himself and other members of the general public similarly situated, | * | Case No. 3:18-cv-276 |
| | * | Magistrate Judge James R. Knepp, II |
| Plaintiff, | * | |
| v. | | |
| | * | |
| The Toledo Country Club | | |
| | * | |
| Defendant. | | |
| | * | |

## STIPULATED ORDER AND JUDGMENT ENTRY

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and Order of Dismissal with Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). On October 30, 2019, the Parties consented to this case being transferred to the docket of Magistrate Judge James R. Knepp, II, for approval of the settlement. The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement reached by the parties and memorialized in the Confidential Settlement Agreement and General Release ("Settlement Agreement") submitted to the Court, under seal, as **Exhibit A** to the Joint Motion.

Having reviewed the Settlement Agreement, the pleadings, and papers on file in this action, and having conducted the Settlement Conference on October 29, 2019, and for good cause established therein, the Court enters this Stipulated Order and Judgment Entry approving the Settlement, the Settlement Agreement, and finds as follows:

1. The proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement Agreement resolves numerous bona fide disputes between the parties including those under the

FLSA and resulted from arms-length negotiations between experienced counsel after substantial investigation. The Court is familiar with Plaintiff's Counsel's work in this and other wage and hour cases and finds that they have the requisite experience in complex wage and hour matters. Plaintiff's Counsel has also informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Plaintiff and those plaintiffs who opted into the Litigation ("Opt In Plaintiffs"). The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation and the stage of the proceedings; the amount, if any, offered in the Settlement; and the experience and views of counsel for the Parties.

2. The Court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein. The Court grants final approval of the Settlement as to the Plaintiff and the Opt In Plaintiffs.

3. The Court dismisses with prejudice the claims of Plaintiff and Opt-In Plaintiffs, and enters final judgment dismissing the Litigation. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Judgment Entry immediately.

4. The Court retains jurisdiction over the Litigation for purposes of administration of the Settlement and enforcement of the Settlement Agreement.

**SO ORDERED:**

Dated: 2/14/2020

Magistrate Judge James R. Knepp II
United States District Court, Northern District of Ohio

**SO STIPULATED:**

**BRYANT LEGAL, LLC**

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859), Trial Attorney
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Telephone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

*/s/ Matthew B. Bryant*
Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

*Attorneys for Named Plaintiff and those similarly situated*

*/s/ Katherine S. Decker*
Katherine S. Decker (0085600)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604-5573
Telephone: (419) 241-9000
Facsimile: (419) 241-6894
Email: kdecker@slk-law.com

*Attorney for Defendant Toledo Country Club*